**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Oct 19, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHEERIOS MARKETING
AND SALES PRACTICES LITIGATION
    National Consumers League v. General Mills, Inc.,    )
        D. District of Columbia, C.A. No. 1:09-1881    )    MDL No. 2094

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On October 9, 2009, the Panel transferred four civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Peter G. Sheridan.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Sheridan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of October 9, 2009, and, with the consent of that court, assigned to the Honorable Peter G. Sheridan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel