**BLANK ROME LLP**
Stephen M. Orlofsky
New Jersey Resident Partner
David C. Kistler
Andrew Hughes
301 Carnegie Center, 3rd Floor
Princeton, New Jersey 08540
Phone: 609-750-2646
Fax: 609-897-7286

**PERKINS COIE LLP**
David T. Biderman (*Admitted Pro Hac Vice*)
4 Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Phone: 415-344-7000
Fax: 415-344-7050

Kathleen M. O'Sullivan (*Admitted Pro Hac Vice*)
Charles C. Sipos (*Admitted Pro Hac Vice*)
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206-359-8000
Fax: 206-359-9000

**O'MELVENY & MYERS LLP**
Jeffrey Fowler (*Admitted Pro Hac Vice*)
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Phone: 213-430-6404
Fax: 213-430-6407

*Attorneys for Defendant,*
*GENERAL MILLS, INC.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: CHEERIOS MARKETING AND SALES PRACTICES LITIGATION | Case No. 09-2413-PGS-DEA<br>MDL Docket No. 2094<br>ALL CASES |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE


Case 3:09-cv-02413-PGS-DEA Document 147 Filed 01/02/13 Page 2 of 2 PageID: 3201
Case 3:09-cv-02413-PGS-DEA Document 146 Filed 12/18/12 Page 2 of 2 PageID: 3199

Plaintiffs Elsa Acevedo, Hobin Choi, Edward Myers, Jeffrey Stevens, and Claire Theodore ("Plaintiffs") and defendant General Mills, Inc. ("General Mills"), having reached a settlement of all claims between them on an individual basis, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice and without costs to either party.

IT IS SO STIPULATED AND AGREED:

DATED: December 18, 2012          **PERKINS COIE LLP**
                                  **BLANK ROME LLP**

                                  */s/ Stephen M. Orlofsky*
                                  Stephen M. Orlofsky

                                  Attorneys for Defendant
                                  General Mills, Inc.

DATED: December 18, 2012          **WHATLEY DRAKE & KALLAS, LLC**

                                  */s/ Patrick J. Sheehan*
                                  Patrick J. Sheehan

                                  Attorneys for Plaintiffs

SO ORDERED: *Peter M Sheridan*
DATED: 1/2/13

